# The United States District Court

## District of Utah

CONSTANTINO CUARA R.,

          Plaintiff,

v.

PENTAGON, et al.,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 2:23-cv-00525-DBB-CMR

District Judge David Barlow

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B).

September 21, 2023
_____
*Date*

BY THE COURT:

_____
David Barlow
United States District Judge